UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cr-00164-JMS-TAB |
| | ) | |
| RANDY C. DAUGHERTY (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation dkt. [38] recommending that Randy C. Daugherty's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt. [38]. The Court finds that Mr. Daugherty committed Violation Numbers 1, 2, 3, & 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts. [30/31]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Daugherty is sentenced to the custody of the Attorney General or his designee for a period of nine (9) months and no supervised release to follow. The Court recommends placement at FCI Elkton, Ohio.

Date: 3/17/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system